VIKTOR B. DOLD, Respondent, *v.* M'LISS F. DOLD et al., as
   Executors of JACOB C. DOLD, Deceased, Appellants.

*Fraud — false representations — sale of stock alleged to have been
induced by false representations.*

*Dold* v. *Dold*, 214 App. Div. 754, affirmed.
(Argued October 14, 1925; decided October 30, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered May 20, 1925, affirming a judgment in favor of
plaintiff entered upon a verdict. The action was to
recover damages alleged to have been occasioned plaintiff
by a sale of stock induced by false and fraudulent
representations.

*James McC. Mitchell* for appellants.

*James O. Moore, Simon Fleischmann* and *Frank F.
Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.